UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Angela Chapman, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-21-942 |
| Kelsey-Seybold Medical Group, PLLC, | § § | |
| Defendant. | § § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By July 23, 2021, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed on July __8__, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge