United States District Court
Southern District of Texas
**ENTERED**
July 27, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| Angela Chapman, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-21-942 |
| Kelsey-Seybold Medical Group, PLLC, | § § | |
| Defendant. | § § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on July 27, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge